**Electronically Filed
Supreme Court
SCWC-16-0000246
21-DEC-2017
11:36 AM**

SCWC-16-0000246

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JON RIKI KARAMATSU,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000246; CASE NO. 1DTA-15-01669)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jon Riki Karamatsu's

application for writ of certiorari filed on October 25, 2017, is

hereby rejected.[1]

DATED: Honolulu, Hawaiʻi, December 21, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



---

[1] Our rejection of petitioner's application for writ of certiorari should not be construed as our agreement with footnote 6 of the Intermediate Court of Appeals' Memorandum Opinion, as the appeal of State v. Tsujimura, 137 Hawaiʻi 117, 366 P.3d 173 (App. 2016) was cited in petitioner's statement of related cases. See also Hawaiʻi Rules of Appellate Procedure Rule 36(c)(2).